# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5152**                             **September Term, 2025**

**1:25-cv-00943-TNM**

**Filed On: October 9, 2025** [2139660]

Coalition for Humane Immigrant Rights, et al.,

        Appellants

    v.

United States Department of Homeland Security, et al.,

        Appellees

------------------------------

Consolidated with 25-5233, 25-5247

### O R D E R

    Upon consideration of the government's motion for a stay of this case in light of the lapse of appropriations or, alternatively, to extend the time to file the response brief, and the response thereto, it is

    **ORDERED** that the request for an extension of time be granted. The following revised briefing schedule will now apply in these cases:

    Appellees' Brief                                        October 27, 2025

    Appellants' Reply Brief                        November 17, 2025

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                            BY:    /s/
                                          Michael C. McGrail
                                          Deputy Clerk